IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| WILLIAM-CHARLES DUNN, | : | Case No. 1:24-cv-568 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| BUTLER COUNTY SHERIFF, | : | |
| Defendant. | : | |

ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 4)

This Court has reviewed the Report and Recommendation of the United States Magistrate Judge Peter B. Silvain, Jr. (Doc. 4) to whom this case is referred. A copy of this Report and Recommendation was mailed to Plaintiff, but it was returned as undeliverable. (*See* Mailing, Doc. 5.) A party bears the burden of notifying the Court of any changes to his mailing address. *Yeschick v. Mineta*, 675 F.3d 622, 630 (6th Cir. 2012). Therefore, the Report and Recommendation is ripe for review. *See, e.g., Lester v. Castleberry*, No. 24-11785, 2024 WL 4713828, at *2 (E.D. Mich. Nov. 7, 2024) (explaining that Report and Recommendation's return as undeliverable did not excuse party's failure to respond).

Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, this action is **DISMISSED** for lack of

prosecution.

**IT IS SO ORDERED.**

                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF OHIO

By: *[signature]*
                                  JUDGE MATTHEW W. McFARLAND